UNITED STATES of America,
Plaintiff–Appellee,

v.

Donald T. SMITHERMAN,
Defendant–Appellant.

No. 91–7331

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 31, 1992.

W. Lloyd Copeland, Claek, Deen & Copeland, Mobile, Ala., for defendant-appellant.

Richard Moore, U.S. Atty., Mobile, Ala., for plaintiff-appellee.

Before TJOFLAT, Chief Judge,
HATCHETT and BIRCH, Circuit Judges.

PER CURIAM:

The sole issue in this case is whether the appellant may raise under the plain error doctrine a sentencing error which was not objected to at the time of sentencing.

At sentencing, the district court followed to the letter the procedure mandated by this court in *United States v. Jones*, 899 F.2d 1097 (11th Cir.), *cert. denied*, —— U.S. ——, 111 S.Ct. 275, 112 L.Ed.2d 230 (1990), and the appellant did not object to the sentence or the sentencing process on the basis of an ex-post facto violation. He seeks to raise that claim on appeal. We hold that the ex-post facto claim has been waived. To hold otherwise would nullify our recent holding in *Jones*.

Accordingly, the district court is affirmed.

AFFIRMED.